DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEGGY VIRGIL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1130

[August 3, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 2012CF010769A.

Peggy Virgil, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., KLINGENSMITH and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***